[No. 26241-0-II. Division Two. December 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMARCUS TERRELL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00203-8, H. John Hall, J., entered July 12, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 26372-6-II. Division Two. December 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT CHRISTOPHER YEAROUT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00463-9, John F. Nichols, J., entered January 1, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[Nos. 26373-4-II; 26400-5-II. Division Two. December 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HEAVEN DAMETRIA KELLY, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. ROSE MARIE LLOYD, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 00-8-01139-1 and 00-8-01138-2, Bruce W. Cohoe and Thomas Felnagle, JJ., and Paul M. Boyle, J. Pro Tem., entered August 7, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.